AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| Benda, Donald | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21cv02047-RWS |
| Johnson & Johnson, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ethicon, Inc., Johnson & Johnson                            .

Date: 05/17/2021

/s/ [Attorney Name]
*Attorney's signature*

[Printed Name] (#____)
*Printed name and bar number*

150 3rd Ave. South, Suite 1600
Nashville, TN 37201

*Address*

brian.[____]@butlersnow.com
*E-mail address*

(615) 651-6716
*Telephone number*

(615) 651-6701
*FAX number*